CRAIG WESLEY MOON *v.* STATE OF MARYLAND

[No. 33, September Term, 1982.]

*Decided June 8, 1982.*

Submitted to MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

Per Curiam Order. Judge Eldridge would have decided the question presented.


PER CURIAM ORDER

It is this 8th day of June, 1982

ORDERED, by the Court of Appeals of Maryland, that the above entitled case be, and it is hereby, remanded to the Court of Special Appeals, without affirmance or reversal, with instructions to answer the question "Were the results of Petitioner's blood alcohol and osmolality tests admitted into evidence in violation of his constitutional right of confrontation?" and that said case be advanced on the Court's docket for consideration and disposition.

Judge Eldridge would have decided the question presented.